IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Jones,<br><br>          Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>          Respondents. | No. CV-17-02644-PHX-SPL<br><br>**ORDER** |

Petitioner Michael Jones has filed an amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 15). The Honorable Deborah M. Fine, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 30), recommending that the Court deny the Petition. Judge Fine advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id*. at 15-16 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)). On September 19, 2018, this Court advised Petitioner that he had fourteen (14) days from the date of the Court's Order to file objections to the R&R (Doc. 31).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will adopt the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge Fine's Report and Recommendation (Doc. 30) is **accepted** and **adopted** by the Court;

2. That the amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 15) is **denied** and **dismissed with prejudice**;

3. That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**; and

4. That the Clerk of Court shall **terminate** this action.

Dated this 7th day of November, 2018.

Honorable Steven P. Logan
United States District Judge